**Daniel BERNING, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78259**

Missouri Court of Appeals,
Western District.

ORDER FILED: May 10, 2016

Laura Martin, Kansas City, MO, Counsel for Appellant

Dora Fichter, Jefferson City, MO, Counsel for Respondent

Before Division Three: Gary D. Witt, P.J., James Edward Welsh, and Anthony Rex Gabbert, JJ.

**ORDER**

Per Curiam:

Daniel Berning appeals the circuit court's judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).